UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO SOLORIO,<br>Plaintiff,<br>v.<br>GAVIN NEWSOM, et al.,<br>Defendants. | No. 2:25-cv-03330-WBS-EFB (PC)<br><br>ORDER |

Plaintiff is a former state prisoner currently serving a federal sentence in federal custody who proceeds pro se in an action brought under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). He seeks a sixty-day extension of time to file objections to the pending findings and recommendations (ECF No. 11). ECF No. 18.

The request is GRANTED, and plaintiff shall file any objections on or before December 7, 2026.

So ordered.

Dated: October 16, 2026.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE